**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARSON STELTZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Civil Action No. 14-2978 (JLL) (JAD)<br><br>**ORDER** |

**LINARES,** District Judge.

This matter having been raised by Magistrate Judge Dickson sua sponte due to the failure of certain Plaintiffs to comply with his Order of February 17, 2015; and Judge Dickson having filed a Report and Recommendation on May 4, 2015, recommending that the claims of certain Plaintiffs be dismissed. Having reviewed the Report and Recommendation, and having received no objection thereto, and the Court not having received any other communication from any of the Plaintiffs directed to provide the Court with information, and for good cause shown,

**IT IS** on this 28th day of May, 2015,

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson filed on May 4, 2015 [CM/ECF No. 42] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that the claims of the following Plaintiffs are **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b): James Kunkel; James McGurn; Patricia McGurn; Frank Reagan; Susan Reagan; Nadine Morgan; Carson Steltz; Coreen Aldosa; Steven Allafi; Kenneth Alonso; Jennifer Alonso; Alfonso

Amelio; Mark Ballard; Everton Baynes; Gale Baynes; Michael Bean; Michael Busulca; Rosanna Bizzio; Gregory Knott; Catherine Bradford; John Calise; Yony Cantave; Nadine Apollon; Richard Caselli; Harry Chandler; Berry Chandler; Darrin Coffey; Annmarie Coffey; Nichelle Cromwell-James; Christopher Davis; Anthony Giuffre; Raul Gonzalez; Rodney Hampton; Scott Hembroff; Stephanie Hembroff; Mile Lyamu; Dale Joel; Julie Hala-Joel; Richard Johnson; Rachel Keyser; Jeffrey Keyser, Jr.; Timothy Kontogouris; Wendy Kontogouris; Henery Lijedah; Gary Millstein; Vivian Millstein; Robert Mirowski; Munguia Malolis; Kristine Neal; Nwelatow Njualem; Marsha Osborn; Thi Peterson; Kevin Pfau; Leslie Blauvelt; Gregory Rothermel; Tiffany Rothermel; Vincent Schwartz; Jae Schwartz; Shaneisa Shelton; Michelle Shepherd; Robert Shepherd; Allan Silverman; Tyrone Simpson; Louis Smith; Anthony Steward; Cheryl Steward; Eugene Torres; Stephen Weiss; Jill Bennett-Weiss; James Ambrose; Antony McKinney; and John Emerson.

**IT IS SO ORDERED.**

_____
JOSE L. LINARES
U.S. DISTRICT JUDGE